UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASSURANCE COMPANY OF AMERICA,

        Plaintiff,        Case No.  05-71315

v.        District Judge Paul D. Borman
        Magistrate Judge R. Steven Whalen

PICTURE PERFECT HOME IMPROVEMENT,
INC., ANDREA JOHNSON, JAMAL JOHNSON,
and CITIZENS INSURANCE COMPANY OF
AMERICA, AS SUBROGEE OF ANDREA and
JAMAL JOHNSON,

        Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTION TO COMPEL**

Before the Court are Defendant Citizens Insurance Company of America's ("Citizens") Second Motion to Compel Production of Documents [Docket #53] and Defendant Picture Perfect Home Improvement, Inc.'s ("Picture Perfect") Joinder/Concurrence in that motion [Docket #65]. For the reasons and under the terms stated on the record on April 11, 2006, these Motions are GRANTED IN PART AND DENIED IN PART, as follows:

    IT IS ORDERED that Defendant's Motion to Compel [Docket #53] is DENIED WITHOUT PREJUDICE as to Defendant Citizens.

IT IS FURTHER ORDERED that the Motion to Compel [Docket #53 and #65] is GRANTED as to Defendant Picture Perfect.

IT IS FURTHER ORDERED that Plaintiff Assurance will provide to Defendant Picture Perfect, in unredacted form, all documents in its possession or control that were generated by or at the direction of Picture Perfect's former attorneys, Garan Lukow Miller (GLM) and Stacey King during the course of the state court proceedings in which Picture Perfect was a defendant.  These include, but are not limited to, the following documents that were previously submitted to the Court for in camera review: (1) Bates-numbered documents 30(a), 32, 33(b) and ( c ), 35 ( c ), 36(b), 37( c ), 77, 78, 81 and 84; and (2) unnumbered documents generated by GLM and/or Stacey King during the course of their representation of Picture Perfect.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: April 12, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 12, 2006.

S/Gina Wilson
Judicial Assistant

-2-